214 U.S. 489
 29 S.Ct. 695
 53 L.Ed. 1057
 SASS & CRAWFORD, Plaintiffs in Error,
v.
MINNIE THOMAS and Charley Thomas.
 No. 112.
 March 22, 1909.
 
 1
 Messrs. W. A. Ledbetter and S. T. Bledsoe for plaintiffs in error.
 
 
 2
 Messrs. A. C. Cruce and W. I. Cruce for defendants in error.
 
 
 3
 Per Curiam: The Writ of Error is dismissed for want of jurisdiction, on authority of Laurel Oil & Gas Co. v. Morrison, 212 U. S. 291, 53 L. ed. ——, 29 Sup. Ct. Rep. 394, decided on February 23, last.